McGREGOR W. SCOTT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE L. RAMIREZ,<br><br>    Defendant. | CASE NO.  1:17-MJ-00168-SAB<br><br>STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO SUPPRESS |

## **BACKGROUND**

On January 24, 2018, defendant filed a Motion to Suppress (DE 9).  Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply.  However, the parties in this case require additional time to brief and file such pleadings.

      THEREFORE, defendant Jose Luis Ramirez, Jr., by and through his counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Special Assistant United States Attorney Darin Rock, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

    1.    Any opposition by the United States must be filed on or before February 15, 2018.

    2.    Any reply by the defendant must be filed on or before March 8, 2018.

    3.    The Status Conference set for February 15, 2018, be continued until 10 a.m., March 22, 2018.

1

|   |   |   |   |
|---|---|---|---|
| DATED: January 25, 2018 | | By: | /s/ Andrew Wong |
| | | | ANDREW WONG |
| | | | Attorney for Defendant |
| | | | Jose L. Ramirez |

DATED: January 25, 2018        McGREGOR W. SCOTT
                               United States Attorney

                         By:   /s/ Darin Rock
                               DARIN ROCK
                               Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **January 25, 2018**

                               _____
                               UNITED STATES MAGISTRATE JUDGE