HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE LUIS RAMIREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS RAMIREZ, JR.,<br><br>Defendant. | Case No.  1:17-mj-00168-SAB<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; ORDER**<br><br>Date:   March 22, 2018<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jose Luis Ramirez, Jr., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the March 22, 2018 motion hearing and status conference.  Mr. Ramirez agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Date: March 7, 2018                            */s/ Andrew Wong*
                                                      ANDREW WONG
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      JOSE LUIS RAMIREZ, JR.

# **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the March 22, 2018 motion hearing and status conference is waived.

IT IS SO ORDERED.

Dated:  **March 8, 2018**

_____
UNITED STATES MAGISTRATE JUDGE