| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
JOSE LUIS RAMIREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-mj-00168 SAB |
|---|---|
| Plaintiff, | ) **MOTION TO WITHDRAW DEFENDANT'S** |
| | ) **MOTION TO SUPPRESS EVIDENCE AND** |
| vs. | ) **VACATE EVIDENTIARY HEARING OF** |
| | ) **APRIL 6, 2018, AT 10:00 A.M. ORDER** |
| JOSE LUIS RAMIREZ, JR. | ) **THEREON** |
| Defendant. | ) |
| | ) Judge: Hon. Stanley A. Boone |

**TO: MCGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND DARIN ROCK, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

Defendant JOSE LUIS RAMIREZ, JR. through his counsel of record, Andrew Wong, Assistant Federal Defender, hereby requests of this court to withdraw the Motion to Suppress Evidence filed on January 24, 2018 and to vacate the evidentiary hearing currently set for April 6, 2018 at 10:00 a.m.

The parties have reached a resolution. The Government does not oppose either request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2018

/s/ *Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Counsel for Defendant
JOSE LUIS RAMIREZ, JR.

# O R D E R

**IT IS HEREBY ORDERED** that the Motion to Suppress Evidence filed January 24, 2018 is withdrawn and the April 6, 2018 evidentiary hearing is vacated.

IT IS SO ORDERED.

Dated: **March 30, 2018**

UNITED STATES MAGISTRATE JUDGE