| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | JOSE LUIS RAMIREZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-mj-00168 SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO ADVANCE STATUS** |
| | ) **CONFERENCE; ORDER** |
| vs. | ) |
| | ) Date: April 5, 2018 |
| JOSE LUIS RAMIREZ, JR., | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Jose Luis Ramirez, Jr., that a status conference be advanced to April 5, 2018, at 10:00 a.m.

The parties have reached an agreement and wish to resolve this matter.

///
///
///
///
///
///
///

|   |   |
|---|---|
| | Respectfully submitted, |
| | |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: March 30, 2018 | */s/ Darin Rock*<br>DARIN ROCK<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 30, 2018 | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE LUIS RAMIREZ, JR. |

## **O R D E R**

**IT IS SO ORDERED.** A status conference is hereby advanced to April 5, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**April 2, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE