HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDREW WONG, CA Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE LUIS RAMIREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-mj-00168-SAB |
| | ) |
| Plaintiff, | ) **STIPULATION TO TRANSFER FIRST** |
| | ) **TIME DUI OFFENDER PROGRAM;** |
| vs. | ) **ORDER** |
| | ) |
| JOSE LUIS RAMIREZ, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney, counsel for the plaintiff and Assistant Federal Defender Andrew Wong, counsel for Jose Luis Ramirez, Jr., that Mr. Ramirez is permitted to completed his First Time DUI Offender Program in Los Angeles County.

  On April 10, 2018, the Court sentenced Mr. Ramirez. One of his probation conditions is to complete the First Time DUI Offender Program through the California Department of Motor Vehicles, by January 1, 2019.

  Mr. Ramirez currently resides in Los Angeles County and would like to complete the program at a location that is convenient to him. He has diligently saved his money and now has the funds to successfully pay all required program fees. Mr. Ramirez's provider of choice, and the one nearest to his house, requires a court order allowing Mr. Ramirez to complete the DUI program outside of his county of conviction. Without this order, Mr. Ramirez's chosen provider will not

1    allow him to enroll in its DUI program.  The parties are in agreement to permit Mr. Ramirez to

2    attend his First Time DUI Offender Program in Los Angeles County in order for him to complete

3    the program by January 1, 2019 and fulfill one of the mandatory conditions of his probation

4    sentence.

5                                    Respectfully submitted,

6                                    MCGREGOR W. SCOTT
                                     United States Attorney
7

8    Date:  July 31, 2018            */s/ Michael Tierney*
                                     Michael Tierney
9                                    Assistant Unites States Attorney
                                     Attorney for Plaintiff
10
                                     HEATHER E. WILLIAMS
11                                   Federal Defender

12
     Date: July 31, 2018            */s/ Andrew Wong*
13                                   ANDREW WONG
                                     Assistant Federal Defender
14                                   Attorney for Defendant
                                     JOSE LUIS RAMIREZ, JR.
15

16

17                              **O R D E R**

18           The Court accepts the above Stipulation and adopts its terms as the Order of this Court.

19   Accordingly, Mr. Ramirez may complete his First Time DUI Offender Program through the

20   California Department of Motor Vehicles in Los Angeles County, where he resides.

21

22
     IT IS SO ORDERED.
23
     Dated:   **July 31, 2018**
24                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                          -2-