# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS RAMIREZ, JR.,<br><br>    Defendant. | Case No. 1:17-mj-00168-SAB<br><br>ORDER CONTINUING HEARING |

A status conference regarding a violation of probation in this matter is currently set for September 5, 2019, at 10:00 a.m. To accommodate the Court's schedule, the status conference shall be continued to September 19, 2019, at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for September 5, 2019, is CONTINUED to **September 19, 2019, at 10:00 a.m.** in Courtroom 9; and

2. Defendant is ordered to appear at the September 19, 2019 hearing. Defendant's counsel shall advise the defendant of the new court date and time.

IT IS SO ORDERED.

Dated: __**July 29, 2019**__

UNITED STATES MAGISTRATE JUDGE

1