AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOSE LUIS RAMIREZ JR** | Criminal Number: **1:17MJ00168-1** |
| | Defendant's Attorney: Matthew Lemke, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of Charges  One and Two  as alleged in the violation petition filed on  2/12/2019  .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge One | The Defendant was Arrested in Los Angeles, California, on December 31, 2018, by the California Highway Patrol for a Violation of Driving Under the Influence | |
| Charge Two | The Defendant paid his Fine and Special Assessment in Full, he Failed to Make a Payment on May 15, 2018, and Each Month Thereafter on the 15th, as Directed by the Court | |

The court:  [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on  4/5/2018  .

     The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

     It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**2/20/2020**
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
2/24/2020
Date

AO 245B-CAED (Rev. 02/2018) Sheet 2 - Imprisonment

DEFENDANT: **JOSE LUIS RAMIREZ JR**  
CASE NUMBER: **1:17MJ00168-1**

Page 2 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
30 days custody, to be served on weekends.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability. Central District - Los Angeles, California

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [✓] The defendant shall surrender to the United States Marshal
  - [✓] at  5:00 PM  on  3/20/2020 .
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

  Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JOSE LUIS RAMIREZ JR**  
CASE NUMBER: **1:17MJ00168-1**

Page 3 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>24 months, to expire 2/22/2022</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 30 days to be served on weekends. The defendant shall report on 3/20/2020 by 5:00 p.m. and shall not be released any earlier than Sunday after 12:00 p.m. The defendant shall serve on weekends and report by 5:00 p.m. on Fridays and not be released any earlier than 12:00 p.m. on Sundays.
5. The Defendant shall participate in a Multi-Offender DUI program through the California Department of Motor Vehicles by 3/30/2020. The defendant shall complete the program by 12/31/2021.
6. The Defendant is ordered to personally appear for a **Probation Review Hearing on February 18, 2021 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone**.

   A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
7. The Defendant shall attend an Alcohol Anonymous Course once per month while on probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.