McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00168-SAB |
| Plaintiff, | STIPULATION AND ORDER TO CLARIFY AND/OR MODIFY TERMS OF PROBATION |
| v. | 18 U.S.C. § 3563(c); Fed. R. Crim. P. 32.1(c) |
| JOSE LUIS RAMIREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 21, 2020, this Court sentenced Defendant Jose Luis Ramirez to 30 days of imprisonment. (ECF #45-46). The Court, as a condition of probation, ordered the 30 days to be served intermittently, on weekends, beginning on March 20, 2020 at 5 pm. (ECF #46). In reading the conditions of probation, the judgment does not require consecutive weekends.

2. According to the United States Bureau of Prisons (BOP), Defendant surrendered at Metropolitan Detention Center Los Angeles (MDC LA) on March 20, 2020 to begin his sentence. He was directed by USMS to return on March 27, 2020, which he did, and served his first weekend of service the weekend of March 27, 2020.

3. As this Court is well aware, the United States is in the midst of COVID-19 pandemic, as

evidenced by this Court's General Orders 610-614.

4. Given the severity of the COVID-19 concerns, BOP has concerns with Defendant's weekly arrival at MDC LA and the possibility he may spread the virus contracted from the community among the MDC LA general inmate population and exacerbate an already difficult situation. BOP is requesting that the Defendant cease coming to MDC LA to serve weekends of incarceration until the pandemic is under control.

5. The government is uncertain whether modification is necessary, given that the judgment does not appear to mandate consecutive service and because even if the Defendant does not serve any weekends until October 2020, the length of his probation will allow sufficient time for the Defendant to complete his service during the term of probation. If the Court determines that no modification is necessary, the government simply informs the Court that it will instruct defense counsel and BOP to instruct the Defendant not to report for any weekends of incarceration until October 2, 2020 at 5:00 pm, or until prior notice from BOP.

6. Otherwise, if modification is necessary, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c) that the Court modify the Defendant's conditions of probation, to suspend any condition that he serve weekend periods of incarceration until October 2, 2020, and to require the Defendant to begin serving weekends again on Friday, October 2, 2020 at 5:00 pm, and to continue serving consecutive weekend periods of incarceration until he has served a total of 30 days.

7. Given the ongoing public health emergency, and to protect himself and the public, Defendant joins in this request, and expressly waives any right to a hearing on this issue pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

///
///
///
///
///
///

8. The parties request a hearing on September 17, 2020 at 10:00 a.m., or another date in September 2020, to assess the situation.

IT IS SO STIPULATED.

Dated: April 2, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: April 2, 2020

HEATHER E. WILLIAMS
Federal Defender

/s/ Matthew Lemke
Matthew Lemke
Assistant Federal Defender
Counsel for Defendant
Jose Luis Ramirez
(As approved by email 4/2/2020)

## ORDER

Given the ongoing COVID19 Pandemic, to protect the Defendant and the public, and based on the parties request and stipulation, and pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), and based on the Defendant's waiver of his right to a hearing, the Court modifies the Defendant's conditions of probation as follows:

Condition #4 is hereby modified effectively immediately by including the following sentence at the end of Condition #4: "Starting from the date of this order and continuing through October 2, 2020, Defendant is not required to serve any period of weekend of confinement. Beginning on Friday, October 2, 2020, at 5:00 p.m., Defendant is ordered to appear at the Metropolitan Detention Center Los Angeles (MDC LA), unless otherwise instructed by the Court, the United States Marshals Service, or the

United States Bureau of Prisons, to resume serving weekend period of imprisonment, and shall continue to report to MDC LA on consecutive weekends until he has served 30 days of confinement.

All other conditions of Defendant's probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 2, 2020**

UNITED STATES MAGISTRATE JUDGE