1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:17-MJ-00168-SAB

12                 Plaintiff,               ORDER DENYING STIPULATION TO
                                            MODIFY TERMS OF PROBATION
13   vs.                                    PURSUANT TO 18 U.S.C. § 3563; FED. R.
                                            CRIM. P. 32.1(C)
14   JOSE RAMIREZ,
                                            (ECF No. 50)
15                 Defendant.

16   _____

17        As relevant here, on February 20, 2020, Defendant was sentenced on a probation

18   violation to serve thirty days of custody to be served intermittently on weekends and to self-

19   surrender on March 20, 2020.  (ECF Nos. 45, 46.)  Defendant self-surrendered on March 20,

20   2020, and was directed to return on March 27, 2020.  (ECF No. 48 at 1.)  He served his first

21   weekend detention on March 27, 2020.  (Id.)  On April 3, 2020, at the stipulation of the parties,

22   an order was filed modifying the conditions of probation such that Defendant was not to serve

23   any further weekends until October 2, 2020.  (ECF No. 49.)  Defendant was ordered to self-

24   surrender on October 2, 2020 to begin serving his intermittent weekend sentence on consecutive

25   weekends until he has served his thirty days of confinement.  (Id.)

26        On October 13, 2020, a stipulation was filed to modify the terms of probation to continue

27   the next self-surrender date to January 8, 2021.  (ECF No. 50.)  The parties do not address

28   whether Defendant self-surrendered as ordered on October 2, 2020, but the Court assumes that

1  he has done so and has now served his weekend sentences on October 2, 2020; and October 9,

2  2020, as the failure to do so would be a violation of his probation which would have been

3  brought to the attention of the Court.

4       Defendant seeks to extend the time for his self-surrender to January 2021, due to the

5  COVID-19 pandemic.  Defendant has been serving his sentence on consecutive weekends and

6  fails to establish good cause to seek a continuance at this time.  Review of the data cited by

7  Defendant shows that at this time the number of reported cases have been and are continuing to

8  decline with the current seven day average infection rate at 3.1 percent.  See

9  http://dashboard.publichealth.lacounty.gov/covid19_surveillance_dashboard/ (last visited

10  10/16/20).  "Over the last seven days, officials have reported 7,484 new cases, which amounts to

11  74 per 100,000 residents."  https://www.latimes.com/projects/california-coronavirus-cases-

12  tracking-outbreak/los-angeles-county/ (last visited 10/16/20).  Currently, the number of

13  confirmed infections is doubling every **196.5 days**.  (Id. (emphasis added).)

14       While Defendant argues that Los Angeles County remains in the red tier, the data shows

15  that currently the infection rate is substantially lower than it has been over the last five months

16  and it is probable with the onslaught of the flu season that conditions will be worse in January

17  when Defendant seeks to serve his sentence.

18       Accordingly, IT IS HEREBY ORDERED that the stipulation to modify terms of

19  probation is DENIED and Defendant shall report on October 16, 2020 to continue serving his

20  weekend detention.

21

22  IT IS SO ORDERED.

23

24  Dated:   **October 16, 2020**

                                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28