IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>JOSE RAMIREZ,<br><br>Defendant-Appellant. | Case No.: 1:17-mj-00168-SAB<br><br>ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO STAY SENTENCE PENDING APPEAL<br><br>(ECF No. 53) |

On February 20, 2020, Defendant was sentenced on a probation violation to serve thirty days of custody to be served intermittently on weekends and to self-surrender on March 20, 2020. (ECF Nos. 45, 46.) Defendant self-surrendered on March 20, 2020, and was directed to return on March 27, 2020. (ECF No. 48 at 1.) He served his first weekend detention on March 27, 2020. (Id.) On April 3, 2020, at the stipulation of the parties, an order was filed modifying the conditions of probation such that Defendant was not to serve any further weekends until October 2, 2020. (ECF No. 49.) Defendant was ordered to self-surrender on October 2, 2020 to begin serving his intermittent weekend sentence on consecutive weekends until he has served his thirty days of confinement. (Id.)

On October 13, 2020, a stipulation was filed to modify the terms of probation to continue the next self-surrender date to January 8, 2021. (ECF No. 50.) The Court denied the motion finding that Defendant had been ordered to self-surrender on October 2, 2020, and Defendant

was ordered to report on October 16, 2020 to continue serving his weekend detention.  (ECF No. 51.)

On October 22, 2020, Defendant filed an appeal of the order denying the stipulation and an emergency motion to stay his sentence pending appeal.  (ECF No. 53.)  On April 20, 2020, Defendant was ordered to self-surrender on October 2, 2020.  (ECF No. 49.)  On October 16, 2020, Defendant was ordered to report and continue serving his intermittent weekend detention.  (ECF No. 51.)  To the extent that Defendant is seeking to stay the order to report on October 2, 2020, the Court finds that any such request is untimely.

Here, Defendant has already commenced serving his weekend sentence and has served approximately half of the 30 day sentence that has been imposed: one weekend in March 2020, and three weekends since October 2, 2020.  Defendant's motion to stay his sentence was denied because he has not shown that any conditions have changed since he began reserving his sentence on October 2, 2020, and as the Court noted in the October 16, 2020 order, the number of COVID-19 cases had been declining and it was probable that the situation would be worse in January 2021 when Defendant was seeking to serve his sentence.

The Court denies Defendant's motion for an emergency stay of Defendant's sentence pending direct appeal to the district judge of the order denying the stipulation to modify the terms of probation.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

UNITED STATES MAGISTRATE JUDGE