# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS RAMIRZ, JR.<br><br>Defendant. | Case No. 1:17-mj-00168-SAB-1<br><br>ORDER REQUIRING DEFNDANT TO SHOW CAUSE WHY PROBATION VIOLATION SHOULD NOT ISSUE AND THE UNITED STATES MARSHAL'S OFFICE TO ADDRESS FAILURE TO COMPLY WITH APRIL 2, 2020 ORDER |

On September 27, 2017, a complaint was filed in the Eastern District Court of California charging Defendant Jose Luis Ramirez with operating or being in control of a motor vehicle with a breath of .08 grams or more of alcohol per 210 liters of breath in violation of 36 C.F.R. § 4.23(a)(2). (ECF No. 1.) On April 5, 2018, Defendant plead guilty to the charge and was sentenced to 12 months of unsupervised probation; a fine and special assessment of $1,200.00; obey all laws; perform thirty hours of community service; and complete the 1st Offender DUI Program. (ECF No. 21.)

On February 12, 2019, a probation violation was filed alleging that Defendant had been arrested on December 31, 2018 for driving under the influence and had failed to make his payments as ordered. (ECF No. 30.) On December 12, 2019, Defendant admitted to charges 1 and 2 of the petition. (ECF No. 41.) On February 20, 2020, Defendant's probation was revoked and he was sentenced on the probation violation to 24 months of unsupervised probation; 30

1 days of custody; attend and complete Multi Offender DUI Program; attend AA meetings once
2 per month; and obey all laws.  (ECF No. 45.)  Defendant was to self-surrender on March 20,
3 2020. (ECF Nos. 46.)

4   Defendant self-surrendered on March 20, 2020, and was directed to return on March 27,
5 2020. (ECF No. 48 at 1.) He served his first weekend detention on March 27, 2020. (Id.)  On
6 April 3, 2020, at the stipulation of the parties, due to the COVID-19 pandemic, Defendant's
7 conditions were modified and he was to continue serving his weekend confinement on Friday,
8 October 2, 2020.  (Id.)  Defendant was ordered to self-surrender at the Metropolitan Detention
9 Center in Los Angeles on October 2, 2020 to resume serving his weekend confinement until he
10 had served thirty days.  (Id.)

11   On October 13, 2020, a stipulation was filed to modify the terms of probation to continue
12 the next self-surrender date to January 8, 2021. (ECF No. 50.)  The stipulation was denied, and
13 Defendant was ordered to continue serving the weekend detention that had resumed on October
14 2, 2020.  (ECF No. 51.)  On October 22, 2020, Defendant filed an appeal of the magistrate
15 judge's order denying the modification and a request to stay the sentence pending appeal.  (ECF
16 No. 53.)  On October 23, 2020, an order issued denying the stay finding that Defendant had
17 served almost half of his sentence since he had been ordered to resume weekend detention on
18 October 2, 2020, noting that if Defendant was not serving his weekend detention he would be in
19 violation of his probation and the Court should have been notified of the violation.  (ECF No.
20 54.)

21   On November 5, 2020, Defendant filed a notice for clarification stating that he had not
22 been serving weekend detention because when he reported to the jail he was turned away by jail
23 staff based on a misunderstanding of the Court's sentencing order.  (ECF No. 55.)  Defendant
24 seeks the Court to reissue the order directing him to serve intermittent weekends beginning
25 November 6, 2020.

26   The April 3, 2020 order clearly and unambiguously stated:

27   Condition #4 is hereby modified effectively immediately by including the
    following sentence at the end of Condition #4: "Starting from the date of this
28   order and continuing through October 2, 2020, Defendant is not required to serve

any period of weekend of confinement. Beginning on Friday, October 2, 2020, at 5:00 p.m., Defendant is ordered to appear at the Metropolitan Detention Center Los Angeles (MDC LA), unless otherwise instructed by the Court, the United States Marshals Service, or the United States Bureau of Prisons, to resume serving weekend period of imprisonment, and shall continue to report to MDC LA on consecutive weekends until he has served 30 days of confinement.

(ECF No. 49 at 3.)

Accordingly, IT IS HEREBY ORDERED that, by 5:00 pm Monday, November 9, 2020 as to Items 1 and 2 **below**:

1. Defendant SHALL provide a declaration setting forth dates that he appeared to self-surrender and address why this issue was not brought to the Court's attention until more than a month after the issue arose and two orders had issued stating that Defendant had been appearing to serve his weekend detention since October 2, 2020.

2. The United States Marshal's Office shall file a notice addressing this issue of why Defendant was turned away when he appeared in compliance with the April 3, 2020 order.

3. The United States Marshal shall immediately contact the MDC in Los Angeles and advise that the defendant will be self-surrendering on November 6, 2020 by 5:00 pm and advised them specifically of Condition 4 in the Conditions of Probation in the Judgement filed February 24, 2020, regarding times for entry and departure and consecutive weekends.

IT IS SO ORDERED.

Dated: __**November 6, 2020**__

UNITED STATES MAGISTRATE JUDGE

3