# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>Jose L. Ramirez, Jr.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-mj-00168-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Violating the terms of probation.

**Sentence Date:**       February 20, 2020

**Review Hearing Date:** February 18, 2021

**Probation Expires On:** February 22, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $0

☒     **Community Service hours Imposed of:** 0

☒     **Term of Incarceration:** 30 days

☒     **Other Conditions:** The Defendant shall participate in a Multi-Offender DUI program through the California Department of Motor Vehicles by 3/30/2020. The defendant shall complete the program by 12/31/2021.

☒     **Other Conditions**: The Defendant shall attend an Alcohol Anonymous Course once per month while on probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $

☒ Compliance with Other Conditions of Probation:
**Mr. Ramirez has served 30 days in custody.**
**Mr. Ramirez has begun a DUI program education course.**
**Mr. Ramirez continues to attend AA meetings.**

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: February 4, 2021         */s/ Philip Tankovich*
                                PHILIP TANKOVICH
                                Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/18/2021 at 10:00 am

  ☒ be continued to 12/8/2022 at 10:00 a.m.; or

  ☐ be vacated.

☒ in the alternative, counsel asks that Defendant's appearance be waived.

DATED: February 4, 2021         */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for February 18, 2021 at 10:00 a.m. be continued to December 9, 2021 at 10:00 a.m. Defendant is ordered to appear nd ordered to file a status report 14 days prior to the continued hearing

☐ DENIED.

IT IS SO ORDERED.

Dated: **February 4, 2021**

UNITED STATES MAGISTRATE JUDGE