HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE LUIS RAMIREZ JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00168-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| vs. | |
| JOSE LUIS RAMIREZ JR., | DATE: June 16, 2022<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Jaya Gupta, counsel for defendant Jose Luis Ramirez Jr., that the status conference currently set for June 16, 2022 at 10:00 a.m. be continued to August 18, 2022 at 10:00 a.m.

//

1  The parties have agreed to continue the status conference at the request of defense
2  counsel who requires additional time to conduct further investigation relevant to the alleged
3  violations in this matter. Accordingly, the parties request a continuance to August 18, 2022 to
4  afford defense counsel enough time to complete that investigation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 6, 2022         */s/ Jaya Gupta*
                           JAYA GUPTA
                           Assistant Federal Defender
                           Attorney for Defendant
                           JOSE LUIS RAMIREZ JR.


PHILLIP A. TALBERT
United States Attorney

Date: June 6, 2022         */s/ Jeffrey Spivak*
                           JEFFREY SPIVAK
                           Assistant United States Attorney
                           Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for June 16, 2022 at 10:00 a.m. is continued to August 18, 2022 at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**June 7, 2022**__

UNITED STATES MAGISTRATE JUDGE